# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VAIANA, GASPARE § Case No. 13-29940-DRC
     VAIANA, MICHELLE § 
 §
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on July 27, 2013. The case was converted to one under Chapter 7 on February 13, 2015. The undersigned trustee was appointed on February 13, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 12,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5.24 |
| Bank service fees | 219.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 11,775.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/07/2015 and the deadline for filing governmental claims was 08/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.60, for total expenses of $8.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/29/2016           By: /s/David R. Brown
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-29940-DRC  
**Case Name:** VAIANA, GASPARE  
VAIANA, MICHELLE  
**Period Ending:** 09/29/16

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 02/13/15 (c)  
**§341(a) Meeting Date:** 04/07/15  
**Claims Bar Date:** 08/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 563 Fawn Ct. Carol Stream, Il 60188 purchased In | 180,673.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Bank of America<br>  Current value from Amended Schedule and is reduced from original value of #11,163.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 3 | Money Market at Bank of America<br>  Current value from Amended Schedule and is reduced from original value of $11,300 | 5,400.00 | Unknown | | 3,400.00 | FA |
| 4 | Savings account with Bank of America Debtors are<br>  Current value from Amended Schedule | 11,000.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Account at Bank of America Debtors are the<br>  Current value from Amended Schedule and is reduced from original value of $9.500 | 7,700.00 | 0.00 | | 0.00 | FA |
| 6 | Custodial Bank Account at Bank of America<br>  Current value from Amended Schedule and is reduced from original value of $7,500. | 3,300.00 | 0.00 | | 0.00 | FA |
| 7 | Think Mutual Account<br>  Current value from Amended Schedule and increased from original value of $5,000 | 5,700.00 | 1,900.00 | | 1,900.00 | FA |
| 8 | Misc Used Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 9 | Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Through Employer - No Curren | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Term Life Insurance Through Employer - No Curren | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Whole Life Insurance Through State Farm Wife Is | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401(K)<br>  Current value from Amended Schedule | 9,000.00 | 0.00 | | 0.00 | FA |
| 14 | 401(K)<br>  Current value from Amended Schedule | 90,000.00 | 0.00 | | 0.00 | FA |
| 15 | IRA<br>  Current value from Amended Schedule | 40,000.00 | 0.00 | | 0.00 | FA |
| 16 | Soleum Account | 2,500.00 | 0.00 | | 2,200.00 | FA |
| 17 | Stock In Pepsi<br>  Not listed on Amended Schedules. disposed of | 4,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-29940-DRC  
**Case Name:** VAIANA, GASPARE  
VAIANA, MICHELLE  
**Period Ending:** 09/29/16

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 02/13/15 (c)  
**§341(a) Meeting Date:** 04/07/15  
**Claims Bar Date:** 08/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | during Ch. 13 | | | | | |
| 18 | Stock In Mellon<br>    Not listed on Amended Schedules. disposed of during ch 13. | 3,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2010 Ford Escape - 60K miles<br>    Current value from Amended Schedule and is reduced from original value of $16,775 | 7,482.00 | 0.00 | | 0.00 | FA |
| 20 | 2012 Honda Odyssey - 45K miles<br>    Current value from Amended Schedule and is reduced from original value of $24,700 | 14,442.00 | 0.00 | | 0.00 | FA |
| 21 | 1 Dog | 0.00 | 0.00 | | 0.00 | FA |
| 22 | IRA  (u)<br>    Listed on Debtors Amended Schedules | Unknown | 0.00 | | 0.00 | FA |
| 23 | stock in Walgreens  (u)<br>    Listed on Debtors Amended Schedules | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 24 | stock in UPS  (u)<br>    Listed on Debtors Amended Schedules | 3,000.00 | 0.00 | | 0.00 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$397,197.00** | **$6,400.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee to review claims and file objections thereto if necessary and then the Final Report will be filed.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2015    **Current Projected Date Of Final Report (TFR):**    September 27, 2016  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-29940-DRC | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | VAIANA, GASPARE | | Bank Name: | Rabobank, N.A. |
| | VAIANA, MICHELLE | | Account: | ******6600 - Checking |
| Taxpayer ID #: | **-***9562 | | Blanket Bond: | $77,173,558.00  (per case limit) |
| Period Ending: | 09/29/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/15 | | Gaspare Vaiana | turnover of non-exempt bank accounts | | 12,000.00 | | 12,000.00 |
| 08/24/15 | {16} | Gaspare Vaiana | turnover of non-exempt bank accounts   2,200.00 | 1129-000 | | | 12,000.00 |
| 08/24/15 | {23} | Gaspare Vaiana | turnover of non-exempt bank accounts   4,500.00 | 1229-000 | | | 12,000.00 |
| 08/24/15 | {3} | Gaspare Vaiana | turnover of non-exempt bank accounts   3,400.00 | 1129-000 | | | 12,000.00 |
| 08/24/15 | {7} | Gaspare Vaiana | turnover of non-exempt bank accounts   1,900.00 | 1129-000 | | | 12,000.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,990.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.39 | 11,971.61 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.21 | 11,954.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.61 | 11,937.79 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.88 | 11,918.91 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.52 | 11,902.39 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 5.24 | 11,897.15 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.50 | 11,880.65 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.74 | 11,861.91 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.44 | 11,845.47 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.42 | 11,829.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 11,810.39 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 11,794.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.60 | 11,775.42 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,000.00 | 224.58 | $11,775.42 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,000.00 | 224.58 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,000.00** | **$224.58** | |

{} Asset reference(s)

Printed: 09/29/2016 09:32 AM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-29940-DRC | |
| **Case Name:** VAIANA, GASPARE | |
| VAIANA, MICHELLE | |
| **Taxpayer ID #:** **-***9562 | |
| **Period Ending:** 09/29/16 | |

| | |
|---|---|
| **Trustee:** | David R. Brown (330580) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6600 - Checking |
| **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6600** | 12,000.00 | 224.58 | 11,775.42 |
| | $12,000.00 | $224.58 | $11,775.42 |

{} Asset reference(s)

Printed: 09/29/2016 09:32 AM   V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 13-29940-DRC  
**Debtor Name:** VAIANA, GASPARE

Page: 1

**Date:** September 29, 2016  
**Time:** 09:32:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TREXP 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8.60 | $0.00 | 8.60 |
| TRCOMP 200 | David R. Brown<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| 2 100 | FORD MOTOR CREDIT COMPANY LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953 | Secured | Order enterd 4/15/16 determining value of secured claim on estate property is $0.00 | $0.00 | $0.00 | 0.00 |
| 4 100 | Central Mortgage Company<br>Pierce & Associates PC<br>Bankruptcy Dept,1 N. Dearborn Ste 1300<br>Chicago, IL 60602 | Secured | Claim withdrawn 4/21/2016 | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,370.50 | $0.00 | 10,370.50 |
| 3 610 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | claim withdrawn on September 20, 2016 | $0.00 | $0.00 | 0.00 |
| 5 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct# 6504 | $246.48 | $0.00 | 246.48 |
| 6 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $496.07 | $0.00 | 496.07 |
| 7 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Capital One/Best Buy; acct # | $1,328.33 | $0.00 | 1,328.33 |
| 8 610 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $5,866.74 | $0.00 | 5,866.74 |
| 9 610 | Portfolio Recovery Associates, LLC<br>CHASE BANK USA, N.A.<br>(CHASE BANK USA, N.A.),PO Box 41067<br>Norfolk, VA 23541 | Unsecured | Chase Bank; Acct#7282 | $17,957.76 | $0.00 | 17,957.76 |
| 10 610 | Portfolio Recovery Associates, LLC<br>CHASE BANK USA, N.A.<br>(CHASE BANK USA, N.A.),PO Box 41067<br>Norfolk, VA 23541 | Unsecured | Chase Bank; Acct# 1520 | $26,020.34 | $0.00 | 26,020.34 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 13-29940-DRC  
**Debtor Name:** VAIANA, GASPARE

Page: 2

**Date:** September 29, 2016  
**Time:** 09:32:59 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11<br>610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $350.20 | $0.00 | 350.20 |
| **<< Totals >>** | | | | 64,595.02 | 0.00 | 64,595.02 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-29940-DRC
Case Name: VAIANA, GASPARE
Trustee Name: David R. Brown

**Balance on hand:**   $   11,775.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | 9,263.88 | 0.00 | 0.00 | 0.00 |
| 4 | Central Mortgage Company | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   11,775.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - David R. Brown | 8.60 | 0.00 | 8.60 |

Total to be paid for chapter 7 administration expenses:   $   1,958.60
Remaining balance:   $   9,816.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,816.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 9,816.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,636.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,370.50 | 0.00 | 1,625.34 |
| 3 | TD BANK USA, N.A. | 0.00 | 0.00 | 0.00 |
| 5 | Capital One, N.A. | 246.48 | 0.00 | 38.63 |
| 6 | American Express Bank, FSB | 496.07 | 0.00 | 77.75 |
| 7 | Portfolio Recovery Associates, LLC | 1,328.33 | 0.00 | 208.18 |
| 8 | Citibank, N.A. | 5,866.74 | 0.00 | 919.48 |
| 9 | Portfolio Recovery Associates, LLC | 17,957.76 | 0.00 | 2,814.46 |
| 10 | Portfolio Recovery Associates, LLC | 26,020.34 | 0.00 | 4,078.09 |
| 11 | American InfoSource LP as agent for | 350.20 | 0.00 | 54.89 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 9,816.82 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**