UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **VAIANA, GASPARE** | ) | Bankruptcy Case No. 13-29940 DRC |
| **VAIANA, MICHELLE** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on September 30, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

CARLIN, JOHN P.
CHANG & CARLIN
1305 REMMINGTON ROAD; SUITE C
Schaumburg, IL 60173

**VIA REGULAR MAIL**

Gaspare and Michelle Vaiana
563 FAWN CT.
CAROL STREAM, IL 60188

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

FORD MOTOR CREDIT
COMPANY LLC
DRAWER 55-953
P.O. BOX 55000
DETROIT, MI 48255-0953

TD BANK USA, N.A.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE,
STE 400
SEATTLE, WA 98121

Central Mortgage Company
Pierce & Associates PC
Bankruptcy Dept,1 N. Dearborn
Ste 1300
Chicago, IL 60602

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-
0701Harrisburg, PA 17106-9184

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates,
LLC
POB 41067
Norfolk, VA 23541

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Portfolio Recovery Associates,
LLC
CHASE BANK USA, N.A.
(CHASE BANK USA, N.A.),
PO Box 41067
Norfolk, VA 23541

American InfoSource LP as
agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000