## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: VAIANA, GASPARE | § | Case No. 13-29940-JSB |
| VAIANA, MICHELLE | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $379,097.00            Assets Exempt: $187,500.00
(without deducting any secured claims)

Total Distribution to Claimants: $9,816.82    Claims Discharged
                                              Without Payment: $52,819.60

Total Expenses of Administration: $2,183.18
```

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $9,263.88 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,183.18 | 2,183.18 | 2,183.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 62,636.42 | 62,636.42 | 9,816.82 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,083.48 | $64,819.60 | $12,000.00 |

4) This case was originally filed under Chapter 7 on July 27, 2013. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017        By: /s/David R. Brown
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Money Market at Bank of America | 1129-000 | 3,400.00 |
| Think Mutual Account | 1129-000 | 1,900.00 |
| Soleum Account | 1129-000 | 2,200.00 |
| stock in Walgreens | 1229-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | N/A | 9,263.88 | 0.00 | 0.00 |
| 4 | Central Mortgage Company | 4110-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$9,263.88** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - David R. Brown | 2200-000 | N/A | 8.60 | 8.60 | 8.60 |
| Trustee Compensation - David R. Brown | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.88 | 18.88 | 18.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.21 | 17.21 | 17.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.61 | 16.61 | 16.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.39 | 18.39 | 18.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.52 | 16.52 | 16.52 |
| Other - ADAMS-LEVINE | 2300-000 | N/A | 5.24 | 5.24 | 5.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.50 | 16.50 | 16.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.74 | 18.74 | 18.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.44 | 16.44 | 16.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.42 | 16.42 | 16.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.66 | 18.66 | 18.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.37 | 16.37 | 16.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.60 | 18.60 | 18.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,183.18 | $2,183.18 | $2,183.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,370.50 | 10,370.50 | 1,625.34 |
| 3 | TD BANK USA, N.A. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 246.48 | 246.48 | 38.63 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 496.07 | 496.07 | 77.75 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,328.33 | 1,328.33 | 208.18 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 5,866.74 | 5,866.74 | 919.48 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 17,957.76 | 17,957.76 | 2,814.46 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 26,020.34 | 26,020.34 | 4,078.09 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 350.20 | 350.20 | 54.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $62,636.42 | $62,636.42 | $9,816.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-29940-JSB  
**Case Name:** VAIANA, GASPARE  
VAIANA, MICHELLE  
**Period Ending:** 04/07/17

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 02/13/15 (c)  
**§341(a) Meeting Date:** 04/07/15  
**Claims Bar Date:** 08/07/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 563 Fawn Ct. Carol Stream, Il 60188 purchased In | 180,673.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Bank of America<br>    Current value from Amended Schedule and is reduced from original value of #11,163.00 | 2,200.00 | 0.00 | | 0.00 | FA |
| 3 | Money Market at Bank of America<br>    Current value from Amended Schedule and is reduced from original value of $11,300 | 5,400.00 | Unknown | | 3,400.00 | FA |
| 4 | Savings account with Bank of America Debtors are<br>    Current value from Amended Schedule | 11,000.00 | 0.00 | | 0.00 | FA |
| 5 | Bank Account at Bank of America Debtors are the<br>    Current value from Amended Schedule and is reduced from original value of $9.500 | 7,700.00 | 0.00 | | 0.00 | FA |
| 6 | Custodial Bank Account at Bank of America<br>    Current value from Amended Schedule and is reduced from original value of $7,500. | 3,300.00 | 0.00 | | 0.00 | FA |
| 7 | Think Mutual Account<br>    Current value from Amended Schedule and increased from original value of $5,000 | 5,700.00 | 1,900.00 | | 1,900.00 | FA |
| 8 | Misc Used Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 9 | Used Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Through Employer - No Curren | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Term Life Insurance Through Employer - No Curren | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Whole Life Insurance Through State Farm Wife Is | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401(K)<br>    Current value from Amended Schedule | 9,000.00 | 0.00 | | 0.00 | FA |
| 14 | 401(K)<br>    Current value from Amended Schedule | 90,000.00 | 0.00 | | 0.00 | FA |
| 15 | IRA<br>    Current value from Amended Schedule | 40,000.00 | 0.00 | | 0.00 | FA |
| 16 | Soleum Account | 2,500.00 | 0.00 | | 2,200.00 | FA |
| 17 | Stock In Pepsi<br>    Not listed on Amended Schedules. disposed of | 4,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-29940-JSB  
**Case Name:** VAIANA, GASPARE  
VAIANA, MICHELLE  
**Period Ending:** 04/07/17

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 02/13/15 (c)  
**§341(a) Meeting Date:** 04/07/15  
**Claims Bar Date:** 08/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | during Ch. 13 | | | | | |
| 18 | Stock In Mellon<br>     Not listed on Amended Schedules.  disposed of during ch 13. | 3,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2010 Ford Escape - 60K miles<br>     Current value from Amended Schedule and is reduced from original value of $16,775 | 7,482.00 | 0.00 | | 0.00 | FA |
| 20 | 2012 Honda Odyssey - 45K miles<br>     Current value from Amended Schedule and is reduced from original value of $24,700 | 14,442.00 | 0.00 | | 0.00 | FA |
| 21 | 1 Dog | 0.00 | 0.00 | | 0.00 | FA |
| 22 | IRA  (u)<br>     Listed on Debtors Amended Schedules | Unknown | 0.00 | | 0.00 | FA |
| 23 | stock in Walgreens  (u)<br>     Listed on Debtors Amended Schedules | 4,500.00 | 4,500.00 | | 4,500.00 | FA |
| 24 | stock in UPS  (u)<br>     Listed on Debtors Amended Schedules | 3,000.00 | 0.00 | | 0.00 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$397,197.00** | **$6,400.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee to review claims and file objections thereto if necessary and then the Final Report will be filed.

**Initial Projected Date Of Final Report (TFR):**     December 15, 2015          **Current Projected Date Of Final Report (TFR):**     September 27, 2016  (Actual)

Printed: 04/07/2017 11:34 AM     V.13.30

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-29940-JSB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | VAIANA, GASPARE | | Bank Name: | Rabobank, N.A. |
| | VAIANA, MICHELLE | | Account: | ******6600 - Checking |
| Taxpayer ID #: | **-***9562 | | Blanket Bond: | $77,173,558.00   (per case limit) |
| Period Ending: | 04/07/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/24/15 | | Gaspare Vaiana | turnover of non-exempt bank accounts | | 12,000.00 | | 12,000.00 |
| 08/24/15 | {16} | Gaspare Vaiana | turnover of non-exempt  2,200.00 bank accounts | 1129-000 | | | 12,000.00 |
| 08/24/15 | {23} | Gaspare Vaiana | turnover of non-exempt  4,500.00 bank accounts | 1229-000 | | | 12,000.00 |
| 08/24/15 | {3} | Gaspare Vaiana | turnover of non-exempt  3,400.00 bank accounts | 1129-000 | | | 12,000.00 |
| 08/24/15 | {7} | Gaspare Vaiana | turnover of non-exempt  1,900.00 bank accounts | 1129-000 | | | 12,000.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,990.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.39 | 11,971.61 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.21 | 11,954.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.61 | 11,937.79 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.88 | 11,918.91 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.52 | 11,902.39 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 5.24 | 11,897.15 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.50 | 11,880.65 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.74 | 11,861.91 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.44 | 11,845.47 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.42 | 11,829.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 11,810.39 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 11,794.02 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.60 | 11,775.42 |
| 11/09/16 | 103 | Discover Bank | Final Dividend paid  15.67% on $10,370.50; Claim# 1; Filed: $10,370.50; Reference: | 7100-000 | | 1,625.34 | 10,150.08 |
| 11/09/16 | 104 | Capital One, N.A. | Final Dividend paid  15.67% on $246.48; Claim# 5; Filed: $246.48; Reference: | 7100-000 | | 38.63 | 10,111.45 |
| 11/09/16 | 105 | American Express Bank, FSB | Final Dividend paid  15.67% on $496.07; Claim# 6; Filed: $496.07; Reference: | 7100-000 | | 77.75 | 10,033.70 |
| 11/09/16 | 106 | Portfolio Recovery Associates, LLC | Final Dividend paid  15.67% on $1,328.33; Claim# 7; Filed: $1,328.33; Reference: | 7100-000 | | 208.18 | 9,825.52 |
| 11/09/16 | 107 | Citibank, N.A. | Final Dividend paid  15.67% on $5,866.74; Claim# 8; Filed: $5,866.74; Reference: | 7100-000 | | 919.48 | 8,906.04 |
| 11/09/16 | 108 | Portfolio Recovery Associates, LLC | Final Dividend paid  15.67% on $17,957.76; Claim# 9; Filed: $17,957.76; Reference: | 7100-000 | | 2,814.46 | 6,091.58 |
| 11/09/16 | 109 | Portfolio Recovery Associates, LLC | Final Dividend paid  15.67% on $26,020.34; Claim# 10; Filed: $26,020.34; Reference: | 7100-000 | | 4,078.09 | 2,013.49 |
| 11/09/16 | 110 | American InfoSource LP as agent | Final Dividend paid  15.67% on $350.20; | 7100-000 | | 54.89 | 1,958.60 |

Subtotals :  $12,000.00  $10,041.40

{} Asset reference(s)                                                                                                      Printed: 04/07/2017 11:34 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-29940-JSB | | **Trustee:** | David R. Brown (330580) |
|---|---|---|---|---|
| **Case Name:** | VAIANA, GASPARE | | **Bank Name:** | Rabobank, N.A. |
| | VAIANA, MICHELLE | | **Account:** | ******6600 - Checking |
| **Taxpayer ID #:** | **-***9562 | | **Blanket Bond:** | $77,173,558.00   (per case limit) |
| **Period Ending:** | 04/07/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | for | Claim# 11; Filed: $350.20; Reference: | | | | |
| 11/09/16 | 111 | David R. Brown | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,958.60 | 0.00 |
| | | | Dividend paid 100.00%   1,950.00 on $1,950.00;  Claim# TRCOMP; Filed: $1,950.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   8.60 on $8.60;  Claim# TREXP; Filed: $8.60 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 12,000.00 | 12,000.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$12,000.00** | **$12,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6600** | 12,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)   Printed: 04/07/2017 11:34 AM   V.13.30